# Affidavit of Process Server

__UNITED STATES DISTRICT COURT for the Northern District of Illinois__
(NAME OF COURT)

| DR. ROBERT GERBER, on behalf of plaintiff and the class members defined herein. VS | EASTERN PPE IMPORTS, LLC, and JOHN DOES 1-10, | 20 cv 4408 |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I __Mark C. Trimble__, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served __Eastern PPE Imports, LLC__
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) __Summons, Complaint, Exhibit A, Civil Cover Sheet & NOTICE OF LIEN AND ASSIGNMEI__

by leaving with __Refused to give name__   __Receptionist__   At
NAME   RELATIONSHIP

☐ Residence _____
ADDRESS   CITY / STATE

☑ Business __200 Continental Dr.__   __Newark, DE 19713__
ADDRESS   CITY / STATE

On __08/06/2020__ AT __4:46 pm__
DATE   TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY   STATE   ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☑ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☑ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ _____ (2) _____ _____
DATE TIME   DATE TIME

(3) _____ _____ (4) _____ _____ (5) _____ _____
DATE TIME   DATE TIME   DATE TIME

**Description:** Age __50__ Sex __Female__ Race __Black__ Height __5'8"__ Weight __220__ Hair __Black__ Beard __No__ Glasses __Yes__

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this __6th__ day of __August__, 20 __20__, by __Mark C. Trimble__,
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
SIGNATURE OF NOTARY PUBLIC

PEGGY CUSHING
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires 4-18-2024

NOTARY PUBLIC for the state of __Delaware__

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.          ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

July 31, 2020

DATE