IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DR. ROBERT GERBER, <br> on behalf of plaintiff and <br> the class members defined herein, <br><br> Plaintiff, <br><br> v. <br><br> EASTERN PPE IMPORTS, LLC, <br> and JOHN DOES 1-10, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | 20CV4408 <br><br><br> Honorable Robert W. Gettleman |

**ORDER ENTERING DEFAULT JUDGMENT**

This matter coming to be heard on prove-up hearing on damages and attorney's fees and costs in support of Plaintiff's Motion for Entry of Default Judgment, all parties having notice and the Court being fully advised in its premises, IT IS HEREBY ORDERED:

Default judgment is entered against Defendant Eastern PPE Imports, LLC, and in Plaintiff Dr. Robert Gerber's favor, in the amount of $1,500.00 for Plaintiff in statutory damages, plus $2,852.50 in attorney's fees and $435.00 in costs of suit.

Defendant Eastern PPE Imports, LLC, is enjoined from further transmitting unsolicited facsimile advertisements into the state of Illinois to Plaintiff Dr. Robert Gerber.

Plaintiff's individual claims against John Does 1-10 are dismissed with prejudice and without costs, pursuant to Federal Rule of Civil Procedure 41.

Dated: December 22, 2020

_____
Judge