## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DR. ROBERT GERBER, on behalf of plaintiff and the class members defined herein, | |
| Plaintiff(s), | Case No. 20 C 4408 |
| v. | Judge Robert W. Gettleman |
| EASTERN PPE IMPORTS, LLC, and JOHN DOES 1-10, | |
| Defendant(s). | |

### JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) DR. ROBERT GERBER, on behalf of plaintiff and the class members defined herein

and against defendant(s) EASTERN PPE IMPORTS, LLC
in the amount of $ 4,787.50 ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Robert W. Gettleman on a motion

Date: 12/22/2020            Thomas G. Bruton, Clerk of Court

                                                       Claire E. Newman, Deputy Clerk